UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HANKINS,<br><br>             Plaintiff,<br><br>     v.<br><br>AVENAL STATE PRISON,<br><br>             Defendant. | Case No.: 1:23-cv-00720-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR PLAINTIFF'S FAILURE TO OBEY COURTS ORDERS, FAILURE TO PROSECUTE, AND FAILURE TO PLEAD ANY COGNIZABLE CLAIM<br><br>Doc. 15 |

Plaintiff Joshua Hankins is appearing pro se and in forma pauperis in this civil rights action. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

On April 11, 2025, the magistrate judge screened plaintiff's complaint and found that it failed to state a cognizable claim. Doc. 12. The screening order afforded plaintiff twenty-one (21) days to file an amended complaint. *Id.* Plaintiff did not do so nor respond in any other manner to the Court's screening order. On May 13, 2025, the magistrate judge issued an order to show cause as to why plaintiff's action should not be dismissed for failure to respond to the screening order. Doc. 13. On May 27, 2025, plaintiff filed a response entirely unrelated to the screening order and order to show cause. Doc. 14. On June 4, 2025, the assigned magistrate judge issued findings and recommendations, recommending this action be dismissed for

1  plaintiff's failure to obey court orders and failure to prosecute, and for failure to state a
2  cognizable claim.  Doc. 15.  The findings and recommendations were served on plaintiff and
3  contained notice that any objections were to be filed within fourteen (14) days after service.  *Id.* at
4  6.  No objections have been filed, and the deadline to do so has expired.
5       In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this
6  case.  Having carefully reviewed the matter, the Court concludes that the findings and
7  recommendations are supported by the record and proper analysis.
8       Accordingly,
9      1. The findings and recommendations issued on June 4, 2025, Doc. 15, are adopted in
10         full;
11      1. This action is dismissed for plaintiff's failure to obey court orders, failure to prosecute,
12         and failure to state a cognizable claim; and
13      2. The Clerk of the Court shall vacate any pending deadlines and close this case.

16  IT IS SO ORDERED.
17      Dated:   July 11, 2025

UNITED STATES DISTRICT JUDGE

2